# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128092-93 & (111)(116)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

MICHAEL DARNELL HARRIS, a/k/a
MALCOLM HAKEEM ABDUL ALI, a/k/a
MICHAEL STIGGLES,
       Defendant-Appellant.

SC: 128092-93
COA: 248247, 253337
Washtenaw CC: 01-002001-FC
          01-002003-FC

_____/

On order of the Court, the application for leave to appeal the February 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Defendant's motion for peremptory reversal is DENIED. Defendant's motion for remand for an evidentiary hearing is also DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

t1024